# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CURTIS LEE LEVY, JR.,**
        Petitioner,

    v.                             Case No. 07C0182

**SHARON WILLIAMS,**
        Respondent.

## ORDER

     On October 4, 2007, I issued an order setting a briefing schedule in this case. The order allowed petitioner 45 days from the date of that order in which to file a brief in support of his petition for a writ of habeas corpus. Petitioner's brief in support was therefore due on November 19, 2007. To date, petitioner has not filed any brief in support of his petition.

     Civil Local Rule 41.3 (E.D. Wis.) allows me to dismiss a case where it appears that the plaintiff or petitioner is not diligently prosecuting the action. In this case, petitioner has failed to file the required brief or otherwise indicate a desire to continue his case. I will allow petitioner an extension of time to file his brief in support. However, petitioner is hereby advised that unless he files his brief in support on or before **February 29, 2008**, this case may be dismissed with prejudice for lack of prosecution pursuant to Civil L.R. 41.3 (E.D. Wis.). Should petitioner file his brief in support in accordance with this order, the relevant portion of the briefing schedule in the October 4, 2007 Order will be reinstated: respondent shall have 45 days following the filing of petitioner's initial brief within which to file a brief in opposition; and petitioner shall have 30 days following the filing of respondent's opposition brief within which to file a reply brief, if any.

**SO ORDERED** at Milwaukee, Wisconsin this 8 day of February, 2008.

/s
LYNN ADELMAN
District Judge