# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CURTIS LEE LEVY, JR.,**
        Petitioner,

v.                             Case No. 07C0182

**SHARON WILLIAMS,**
        Respondent.

## ORDER

In a previous order I warned petitioner that if he failed to file a brief in support of his petition for a writ of habeas corpus, I would dismiss his case for lack of prosecution. Petitioner did not file a brief in support in the time I allowed him in that order. Instead he sent a letter saying that he would try his best to file a brief in support as ordered, but, to date, no such brief has been filed. As such, in accordance with my previous order, I will dismiss this case for failure to prosecute pursuant to Civil Local Rule 41.3 (E.D. Wis.). That rule provides that any affected party may petition for reinstatement of the action within 20 days.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** pursuant to Civ. L.R. 41.3 for failure to prosecute. Any affected party may petition for reinstatement of the action within 20 days from the date of this order.

Dated at Milwaukee, Wisconsin this 23 day of July, 2009.

                                              /s
                                              LYNN ADELMAN
                                              District Judge